IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID WILSON,                        )
                                     )
    Petitioner,                      )
                                     )
        v.                           )   Civil Action No. 05-825
                                     )   Judge Lancaster
SUPT. HARRY WILSON et al.,           )   Magistrate Judge Caiazza
                                     )
    Respondents.                     )

## ORDER

    A rule was issued upon the Petitioner, David Wilson, to show good cause why his Petition for Writ of Habeas Corpus should not be dismissed because of him being paroled. The Rule was returnable July 25, 2005. Having failed to show good cause, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is dismissed and the Clerk is directed to mark this case closed.

*/s/ Gary L. Lancaster*
Gary L. Lancaster
U.S. Magistrate Judge

cc:
Francis X. Caiazza

David Wilson, EP-8311
SCI Fayette
Box 9999
LaBelle, PA 15450-0999